U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

SHETOKA HOLDEN                                CIVIL ACTION NO. 05-CV-0984-A

-vs-

ALLIANCE COMPRESSORS, L.L.C.                          JUDGE TRIMBLE

## JUDGMENT

For the reasons stated in the Court's Memorandum Ruling entered this day, we find

that defendant is entitled to reasonable attorney fees and costs in the amount of $44,148.07.

Defendant's Motion for Award of Attorney Fees and Costs is hereby GRANTED.

Alexandria, Louisiana

_11_ October, 2006

_____
JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE